1

2

3

4

5

6

7
IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9   KPI BRIDGE OIL SINGAPORE PTE LTD.,                    IN ADMIRALTY

10                       Plaintiff,                        CASE NO.:

11        v.

12   M/V CITY OF TOKYO (IMO 8709145), her          **ORDER AUTHORIZING
     tackle, boilers, apparel, furniture, engines,   ISSUANCE OF WARRANT OF
13   appurtenances, etc., *in rem*,                  ARREST**

14        and

15   CEDAR CAR CARRIER AS, and ABOU
     MERHI LINES SAL, *in personam*

16
                         Defendants.
17

18        Having reviewed and considered the Motion for Issuance of Warrant of Arrest of

19   Plaintiff, KPI BRIDGE OIL SINGAPORE PTE LTD, and Plaintiff's Verified Complaint, and

20   finding that the conditions of Rule C of the Supplemental Rules for Certain Admiralty and

21   Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby finds

22   that the Motion is meritorious and should be **GRANTED**.

23        It is therefore **ORDERED, ADJUDGED AND DECREED** that a Warrant of Arrest be

24   issued against the M/V CITY OF TOKYO (IMO 8709145), her engines, freights, apparel,

25   appurtenances, tackle, etc. ("Vessel") as prayed for in the Verified Complaint; and

26

ORDER AUTHORIZING ISSUANCE OF
WARRANT OF ARREST – 1

1
2

**IT IS FURTHER ORDERED** that a copy of this order be attached and served with said Warrant of Arrest on the person in charge of the said Vessel or her agent; and

3
4
5
6
7
8

**IT IS FURTHER ORDERED** that the United States Marshal and/or any Substitute Custodian, which is subsequently appointed by this Court, is authorized to allow the M/V CITY OF TOKYO to conduct normal cargo operations, both discharging and loading, repair works, and to shift berths (consistent with the U.S. Marshal's requirements), always remaining within this judicial district, and always at the risk and expense of the vessel's interests; and

9
10

**IT IS FURTHER ORDERED** that the Warrant of Arrest shall provide for the crew of the Vessel to remain on the vessel during the time the vessel is *in custodia legis*; and

11
12
13
14
15
16

**IT IS FURTHER ORDERED** that the charges and expenses incurred by the U.S. Marshal shall be deemed *in custodia legis*, and will be paid from the proceeds of the vessel's sale unless otherwise agreed. If a written objection is timely filed, payment of the disputed charges only shall be made after the objection is resolved by agreement of the parties or by Court Order. Payment of the undisputed charges shall not be affected;

17
18
19
20
21
22
23

**IT IS FURTHER ORDERED** that the Vessel may be released from seizure without further order of this Court if the Marshal receives written authorization from the attorney who requested the seizure, and that such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the Court has not entered an Order to the contrary, and also provided that the U.S. Marshal confirms that all expenses and fees due to the U.S. Marshal have been paid; and

24
25
26

**IT IS FURTHER ORDERED** that the Plaintiff shall agree to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants,

ORDER AUTHORIZING ISSUANCE OF
WARRANT OF ARREST – 2

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

1   employees, and all others for whom they are responsible, from any and all liability or

2   responsibility for claims arising from the attachment of the vessel; and

3          **IT IS FURTHER ORDERED** that any person claiming an interest in the Vessel shall,

4   upon application to the Court, be entitled to a prompt hearing pursuant to Supplemental

5   Admiralty Rule E(4)(f) and LAR 116(b) at which the plaintiff shall be required to show why the

6   arrest should not be vacated or other relied granted.

7

8          SIGNED at Tacoma, Washington this 1st day of May, 2015.

9

10

11                                          _____

12                                          BENJAMIN H. SETTLE
                                            United States District Judge

13

14

15

**Presented by:**

16   NICOLL BLACK & FEIG PLLC

17

18    /s/ Jeremey B. Jones
     Jeremy B. Jones, WSBA #44138
19   *Attorneys for Plaintiff*

20

21

22

23

24

25

26

ORDER AUTHORIZING ISSUANCE OF
WARRANT OF ARREST – 3

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555