UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KPI BRIDGE OIL SINGAPORE PTE LTD.,

    Plaintiff,

v.

M/V CITY OF TOKYO,

    Defendant.

CASE NO. C15-5282 BHS

ORDER TO SHOW CAUSE

    This matter comes before the Court on Plaintiff KPI Bridge Oil Singapore PTE Ltd.'s ("Plaintiff") motion for arrest of vessel and attachment of property (Dkt. 2).

    On April 30, 2015, Plaintiff filed the instant motion requesting attachment in an amount up to $241,005.03, which included $75,000 for expected costs and fees "in legal proceedings to be commenced before the High Court of Singapore." Dkt. 1, ¶ 39. The Court excluded these "expected" fees from the proposed order of forfeiture. Plaintiff may show cause, if any there may be, why these hypothetical fees should be included in the prejudgment attachment of the vessel in question. Any response shall be filed no later

ORDER - 1

1 | than May 8, 2015.  Upon a sufficient showing of cause, the Court may revise the amount
2 | of attachment.
3 | **IT SI SO ORDERED.**
4 | Dated this 1st day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge